| United States District Court | Southern District of Texas |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
May 05, 2017
David J. Bradley, Clerk

Ellen Maxey, et al.,  §
            §
    Plaintiffs,  §
            §
versus      §   Civil Action H-16-2054
            §
Selective Insurance Company  §
of America, et al.,  §
            §
    Defendants.  §

# Final Judgment

1. Ellen and Rommie Maxey take nothing from Selective Insurance Company, Selective Insurance Company of America, and Selective Insurance Company of the Southeast.

2. The Maxeys' extra-contractual and state law claims are dismissed with prejudice.

Signed on May 5, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge